■ McGraw-Edison Credit Corporation, Appellant, v Allstate Insurance Company, Respondent.—Order, Supreme Court, New York County, entered on April 21, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, without prejudice to renewal of plaintiff's motion on new facts in Suffolk County and that defendant-respondent recover of plaintiff-appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Lane, JJ.

■ In the Matter of Ivor Penha, Appellant, v New York City Transit Authority et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about January 2, 1974, unanimously affirmed on the opinion of Postel, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ Joseph M. Castorina et al., Respondents, v Howard Johnson Company, Inc., Appellant.—Order, Supreme Court, Bronx County, entered on or about December 17, 1975, unanimously affirmed for the reasons stated by Silbowitz, J., at Trial Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ Richard A. Holman, as Liquidating Trustee of Hanbury Imports Corporation and Its Wholly Owned Subsidiary, Theft Control Products, Inc., Appellant, v Loretta Hanbury, as Liquidating Trustee of Hanbury Imports Corporation and Its Wholly Owned Subsidiary, Theft Control Products, Inc., Respondent and Lester D. Janoff, as Receiver, Respondent.—Order, Supreme Court, New York County, entered on December 12, 1975, unanimously affirmed on the opinion of Helman, J., at Special Term. Respondents shall recover of the appellant one bill of $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Silverman and Capozzoli, JJ.

■ Mary O'Brien, as Administratrix of the Estate of Thomas O'Brien, Deceased, Appellant, v City of New York, Respondent, et al., Defendant.—Judgment, Supreme Court, Bronx County, entered on January 17, 1975, unanimously affirmed for the reasons stated by Rubin, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Lane, JJ.

■ Zwicker Electric Co., Inc., Appellant, v George A. Fuller Company, Inc., et al., Respondents.—Order, Supreme Court, New York County, entered on May 16, 1975, unanimously affirmed on the memorandum opinion of Markowitz, J., at Special Term and that defendants-respondents recover of the plaintiff-appellant $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Lane, JJ.

■ Abner J. Swartz, Respondent, v Kuhn & Schneider, Inc., Appellant. (Action No. 1.) Kuhn & Schneider, Inc., Appellant, v Abner J. Swartz, Respondent. (Action No. 2.) Abner J. Swartz Associates Ltd., Respondent, v Kuhn & Schneider, Inc., Appellant. (Action No. 3.)—Order, Supreme Court, New York County, entered on January 15, 1976, unanimously affirmed for the reasons stated by Baer, J., at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Lane, JJ.